Dejuan L. THOMPSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 60500.

Missouri Court of Appeals,
Western District.

May 14, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 2, 2002.

Susan L. Hogan, Appellate Defender,
Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Stephanie Morrell, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before: ELLIS, P.J., and EDWIN H.
SMITH and HOWARD, JJ.

### Order

PER CURIAM.

Dejuan L. Thompson appeals from the motion court's denial of his Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Affirmed. Rule 84.16(b).